No.——

**First Circuit**

**CHAPMAN v. MEYER**

(Jan. 7, 1927. Opinion and Decree.)

(*Syllabus by the Editor.*)

1. **Louisiana Digest—Appeal—Par. 356.**

Under Code of Practice, Article 573, as amended, an order of appeal taken by motion in open court at another session of court from that at which the judgment was rendered, with no citation to the appellee, is not properly taken and will be dismissed.

Appeal from the District Court of St. Landry. Hon. B. H. Pavy, Judge.

Action by Isaac Chapman against Charles Meyer.

There was judgment for plaintiff and defendant appealed.

Appeal dismissed.

Dubuisson, Perrault & Burleigh, of Opelousas, attorneys for plaintiff, appellee.

John W. Lewis, of Opelousas, attorney for defendant, appellant.

LECHE, J. The appeal in this case, was taken by motion in open court at a session held during a term subsequent to and different from that at which the judgment had been rendered. Plaintiff and appellee moves to dismiss on the ground that he was not cited.

The judgment was rendered and signed on May 12, 1926. The term of court ended on July 15, 1926. Another term of court began on September 15, 1926, and at a session held on September 20, 1926, defendant obtained his order of appeal in open court. He did not ask for citation of appeal and none was served on the plaintiff.

Under these conditions the appeal must be dismissed. C. P., Art. 573, as amended by Act 49, p. 151 of 1871. Page vs. Pinckard et al., 140 La. 257, 72 South. 955.